BEFORE THE SECOND DIVISION, JANUARY 18, 1967

No. P67/22.—American Express Company, a/c International Communications Corporation et al. *v.* United States, protests 63/10492, etc. (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of echo sounders

similar in all material respects to those the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiffs was sustained.